IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In the Matter of E.M. and O.M. **CARLO MOSONI** | * | |
| Petitioner, | * | |
| v. | * | No. 21-cv-5638 (JSR) |
| **ANGIE LOUIE** | * | |
| Respondent. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CONSENT ORDER

This Consent Order is made pursuant to of the 1980 Convention on the Civil Aspects of International Child Abduction (the "Hague Convention") and the International Child Abduction Remedies Act ("ICARA"), 22 U.S.C. § 9001 *et seq.*, and with the express consent and agreement of both parties, as evidenced by the signatures of the parties and their counsel. It is therefore this 30th day of July, 2021, by the United States District Court for the Southern District of New York, hereby **ORDERED**:

1. The Petitioner, Carlo Mosoni (the "Father") and the Respondent, Angie Louie (the "Mother"), have reached an agreement with respect to the resolution of this Hague Convention case, and the arrangements for the parties' two children, EM, born in 2014, and OM, born in 2016, (collectively the "children").

2. The terms of the parties' agreement, which concerns a global settlement of all issues concerning the parties' marriage and children, including custody and support, has been executed by the parties and shall be entered forthwith by consent in the appropriate New York state court.

3. By agreement of the parties, this action is hereby DISMISSED WITH PREJUDICE.

1

4. By agreement of the parties, each party shall pay his or her own attorneys' fees, suit money, expenses, and costs associated with this matter, and each party waives any and all claims against the other under the Hague Convention and/or ICARA, and/or the Federal Rules and/or this Court's Local Rules, for any and all necessary expenses and attorneys' fees, through and including the entry of this Consent Order in the New York state court.

5. The final pretrial conference scheduled for August 12, 2021 and the three-day evidentiary hearing scheduled for August 16-18, 2021 are hereby VACATED and removed from the Court's docket.

6. This Order is not a determination of the merits of any custody issues within the meaning of Article 19 of the Hague Convention.

IT IS SO ORDERED this 30th day of July, 2021.

_____
United States District Judge
United States District Court
for the Southern District of New York

APPROVED AS TO FORM AND CONTENT:

_____
Carlo Mosoni
*Petitioner*

_____
Angie Loue
*Respondent*

_____
Richard Min
Michael Banuchis
Burger Green & Min LLP
420 Lexington Avenue, Ste. 2834
New York, New York 10170
(212) 681-6400

/s/ Jessica A. duHoffmann
Jessica A. duHoffmann
Miles & Stockbridge P.C.
100 Light Street, 10th Floor
Baltimore, MD 21202
(410) 385-3782
jduhoffm@milesstockbridge.com

rmin@bgmlaw-nyc.com
mbanuchis@bgmlaw-nyc.com

/s/ Brett S. Ward
_____
Brett S. Ward
Blank Rome LLP
1271 Avenue of the Americas
New York, New York 10020
(212) 885-5394
(917) 332-3809 (fax)
bward@blankrome.com

*Attorneys for Petitioner*

/s/ Kelly A. Powers
_____
Stephen J. Cullen, *Pro Hac Vice*
Kelly A. Powers, *Pro Hac Vice*
Miles & Stockbridge P.C.
1201 Pennsylvania Avenue, N.W.
Suite 900
Washington, DC 20004
(202) 465-8374
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

*Attorneys for Respondent*